UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JOHNSON, | No. 2:21-cv-2283-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| CROWN LIFTS, | |
| Defendant, | |

Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 8, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filing objections expired, and no party filed objections to the findings and recommendations.

Although it appears from the docket that Plaintiff's copy of the findings and recommendations were returned as undeliverable, Plaintiff was properly served. It is the plaintiff's responsibility to keep the court always apprised of Plaintiff's current address. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 8, 2023 (ECF No. 21) are ADOPTED IN FULL;
2. Plaintiff's complaint filed August 27, 2021 (ECF No. 1) is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

Date: August 4, 2023

Troy L. Nunley
United States District Judge